UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD SANDERS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JEH JOHNSON, Secretary, Department of Homeland Security,<br><br>　　　　　　Defendant. | CASE NO. C16-1402-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for an extension of deadlines (Dkt. No. 21). The parties seek the following extensions:

| Discovery cutoff | From August 6, 2017 to September 15, 2017 |
|---|---|
| Mediation completion | From September 1, 2017 to September 22, 2017 |
| Dispositive motions deadline | From September 5, 2017 to October 15, 2017 |

(*Id.* at 2.)

**The motion is GRANTED. The deadlines shall be EXTENDED as requested.**

However, regarding the dispositive motions deadline, the parties are forewarned that, should they file motions so close to trial, their trial date cannot be guaranteed. A dispositive

motion filed on October 15, 2017 would have a noting date of November 13, 2017. *See* W.D. Wash. Local Civ. R. 7(d)(3), (d)(5). Trial is scheduled for December 4, 2017, only 21 days later. (*See* Dkt. No. 15.) The Court endeavors to rule on motions within 30 days of their noting date, but even this is no guarantee. *See* W.D. Wash. Local Civ. R. 7(b)(5). The parties should bear in mind these timing considerations.

DATED this 3rd day of August 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
